POLAND EXPORT CORPORATION, Respondent, v. AMERICAN MERCHANT MARINE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARIE A. MATHEWSON, Respondent, v. WILLIAM B. MILLER, Appellant.— Orders affirmed, with ten dollars costs and disbursements, with leave to defendant, within ten days from service of order, to serve an amended answer omitting therefrom paragraphs " seventeenth " to " twenty-fourth " inclusive, upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, v. LUMBERMEN'S MUTUAL CASUALTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FINANCIAL GUILD, INC., Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS H. SYMINGTON, Appellant, v. IDA MAY SYMINGTON, Respondent.— Order reversed and plaintiff's motion for leave to discontinue this action granted upon payment of taxable costs to date of motion, together with ten dollars motion costs, and defendant's motion for leave to serve an amended answer denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS H. SYMINGTON, Appellant, v. IDA MAY SYMINGTON, Respondent.— Order modified by reducing the amount which plaintiff is directed to pay to the defendant for counsel fees for the preparation and argument of the appeal from order of June 19, 1926, to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BENNO LEVISON and Another, Appellants, v. WILLIAM S. SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA POLSTEIN, Respondent, v. GEORGE J. SHAPIRO, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM LEONARD, Respondent, v. ROBERT E. TOD, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See Shaw v. Samley Realty Co., Inc., 201 App. Div. 433.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.